The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MANDEEP SINGH GILL,<br><br>Defendant. | NO. CR09-404RAJ<br><br>ORDER TO SEAL |

Having read the Government's Motion to Seal and because of sensitive information contained within the United States' Exhibits A and Exhibit B to Government's Supplemental Memorandum Re: Modification of Conditions

It is hereby ORDERED that the United States' Exhibit A and Exhibit B to Government's Supplemental Memorandum Re: Modification of Conditions shall remain sealed.

DATED this 27th day of February, 2015.

*/s/ Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL – GILL - 1
CR09-404RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970